## United States Bankruptcy Court for the
## Eastern District of Louisiana

IN RE:

    Christopher Curtis Guidry

Case No. 13-10686
Chapter 13

          Debtor(s)     /

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $5,247.86 deposited with the court on 04/01/2015, constituting unclaimed funds due to Christopher Curtis Guidry, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, as assignee to Christopher Curtis Guidry, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided.

**THEREFORE,** the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $5,247.86, plus all interest earned, less the assessment fee for the administration of funds, payable to Dilks & Knopik, LLC at 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Dated: Aug. 1, 2019.

_____
UNITED STATES BANKRUPTCY COURT JUDGE